## FIRST DEPARTMENT, JUNE, 1920.

HARRY BIJUR v. BENJAMIN SERLIS and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SOPHIE HOUST v. PAUL A. McGOLRICK, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARY MURPHY, an Infant, etc., v. EIGHTH AVENUE RAILROAD COMPANY. — Motion for stay denied, with ten dollars costs, and temporary stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE Q. R. S. COMPANY v. PHILLIPS-JONES CORPORATION.— Motion for stay denied, with ten dollars costs, and temporary stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FRANK CASE HAYDEN, Appellant, v. NEW YORK RAILWAYS COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Laughlin and Smith, JJ., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY KIPNIS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

HORACE R. KELLY, Appellant, v. CHRISTIAN H. HILBERT, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ROGERS PEET COMPANY, Appellant, v. SIDNEY HILLMAN, as President of the AMALGAMATED CLOTHING WORKERS OF AMERICA, and Others, Respondents.— Order modified by limiting the bill of particulars to the times and places and the names of the members of the defendant who, it is claimed, committed the assaults or acts of intimidation; such order as so modified to be complied with after the examination of the defendant to enable the plaintiff to comply herewith. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ELVA R. WOODWARD, Appellant, v. EDWARD J. KELLEY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SARANAC LAND AND TIMBER COMPANY, Appellant, v. JAMES A. ROBERTS, as Comptroller of the State of New York, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Settle orders on notice. Motions to dismiss appeals denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page and Merrell, JJ.

AMSTERDAM AND BATAVIA HANDELSVEREENIGING, Respondent, v. JOSEPH R. MARQUETTE, JR., Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.